UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendant. | Case No.18-cv-04860-YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE ACTION; VACATING CASE MANAGEMENT CONFERENCE** |

Plaintiff Romeo Jones is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to serve the complaint in the above-referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff has not filed proof of service of the summons and complaint in this action, which was filed on August 10, 2018.[1] Plaintiff has also failed to file a case management conference statement by December 31, 2018, as stated in the Clerk's Notice issued October 10, 2018. (Dkt. No. 8.)

Plaintiff must file a written response to this Order to Show Cause no later than **January 18, 2019**. Failure to timely file shall be deemed an admission that good cause exists to dismiss the case without prejudice which the Court will then do without further notice.

The case management conference currently set for Monday, January 7, 2019, is **VACATED**.

Dated: January 3, 2019

                                                                           **YVONNE GONZALEZ ROGERS**
                                                                           **UNITED STATES DISTRICT JUDGE**

---

[1] Although self-represented plaintiff Romeo Jones paid filing fees on October 9, 2018, it is unclear whether plaintiff ever obtained a summons in order to serve the complaint. No defendant has appeared.