1
2
3

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

4
5

6

**ROMEO JONES,**

Plaintiff**,**

vs.

**CITY AND COUNTY OF SAN FRANCISCO, ET AL.,**

Defendants**.**

CASE NO.  18-cv-04860-YGR

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

7
8
9
10
11
12

On March 20, 2019, defendants London Breed, City and County of San Francisco, et al. filed a motion to dismiss this lawsuit.  (Dkt. No. 15.)  By Order issued April 15, 2019 (Dkt. No. , the Court noted that plaintiff Romeo Jones had failed to file an opposition to the motion to dismiss, extended his time to respond and warned him as follows:

13
14
15
16

**Failure to file an opposition by that date will result in dismissal of this lawsuit for failure to prosecute.**

17

As of the date of this Order, plaintiff Romeo Jones has not filed any additional documents.  The Court notes that it previously issued two orders to show cause re: dismissal for failure to prosecute in this action, due to plaintiff's failure to pay filing fees and to file proof of service of summons timely.  (*See* Dkt. Nos. 9, 11.)

18
19
20
21
22

Based upon the foregoing, the instant action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

23
24

**IT IS SO ORDERED.**

Dated: May 7, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

25
26
27
28